MARTÍ, DEMANDANTE Y APELANTE, *v.* RIVERA, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en pleito sobre indemnización de perjuicios.

No. 1922.—Resuelto en mayo 23, 1919.

DAÑOS Y PERJUICIOS POR PÉRDIDA DE LA VIRGINIDAD—MENOR DE EDAD—CONSENTIMIENTO.—Una menor que ha cumplido diez y ocho años de edad, carece de acción para recobrar daños y perjuicios del hombre que disfrutó de su virginidad, cuando el acto se realizó con el consentimiento de la menor. Sólo en el caso de que la menor tuviera catorce años, o menos, no obstante su consentimiento, podría prosperar la acción.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Angel A. Vázquez.*

Abogado del apelado: *Sr. José Ramón Freyre.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

José Martí Font en representación de su hija menor Amelia Martí demandó a Angel Antonio Rivera en reclamación de veinte mil dólares por daños y perjuicios. El hecho productor de los daños, según la demanda, consistió en haber el demandado, un hombre casado, por medio de engaños y violencia, disfrutado de la virginidad de la menor Amelia, privándola de su honra y de poder contraer un matrimonio que tenía concertado. El demandado presentó varias mociones y excepciones previas que fueron desestimadas por la corte y finalmente contestó la demanda. Se celebró la vista. Ambas partes practicaron sus pruebas. La de la

parte demandante tiende a demostrar que Amelia Martí, siendo una menor de diez y ocho años cumplidos, fué en efecto llevada engañosamente por el demandado a un hotel de Ponce y allí el demandado gozó de su virginidad. Y la evidencia del demandado tiende a demostrar que no hubo engaños, que Amelia se unió al demandado voluntariamente. La corte dictó sentencia declarando sin lugar la demanda, resolviendo así el conflicto en favor del demandado.

Un examen cuidadoso de la prueba no permite concluir que la corte sentenciadora errara al decidir el conflicto. *"Volenti non fit injuria."* La menor consintió y no tiene derecho a reclamar. Sólo en el caso de que la menor hubiera tenido catorce años o menos, no obstante su consentimiento, hubiera podido prosperar esta acción, y ya hemos dicho que la menor había cumplido, cuando se realizó el hecho, diez y ocho años. Véase el artículo 255 del Código Penal y 33 Cyc. 1424 y 1521.

Debe confirmarse la sentencia recurrida.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.